**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DENISE ARNOLD, BLAIRE BROWN, and SANDRE WILSON, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-04452<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

For the reasons set forth in the accompanying memorandum of law, Defendant Target Corporation hereby moves for an order dismissing this matter for failure to comply with Fed. R. Civ. P. 8 and for failure to state a claim for which relief may be granted pursuant to Fed. R. Civ. P. 12.

Dated: September 4, 2024

Respectfully Submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Justin O. Kay*
Justin O. Kay (ARDC No. 6286557)
Ambria D. Mahomes (ARDC No. 6334463)
320 South Canal Street, Suite 3300
Chicago, Illinois 60606-5707
Telephone:    +1 312.569.1000
Facsimile:    +1 312.569.3000
justin.kay@faegredrinker.com
ambria.mahomes@faegredrinker.com

*Counsel for Defendant Target Corporation*