# EXHIBIT C

FEATURED

Creating A Distraction-Free Zone At Work
Asynchronous Communication

The Artists Vs. The Machine: The Dark Side Of AI In The Music Industry
Ai

This Credit Card Myth Simply Will Not Die
Carrying A Balance

Gen Z Gets Their Finance Advice From TikTok — And It's Not All Bad
Advice

So...The Hybrid Work Model Is Weighing On Your Mental Health
Hybrid Work

TRENDING

Creating A Distraction-Free Zone At Work
Asynchronous Communication

The Artists Vs. The Machine: The Dark Side Of AI In The Music Industry
Ai

# Why Target Is the Worst Store to Shoplift From

Dan Kahan Apr 25 | 2024




Target - Photo by David Suarez Oza (Unsplash)

## Despite the fact that late-stage capitalism is an amoral hellhole driven by a borderline religious belief in the sanctity of brands, we would *never, ever* suggest that anyone should shoplift from big-box stores, or *even imply* that doing so is morally okay or a victimless crime.

But hypothetically, if we were to give any tidbit of advice to any would-be shoplifters (aside from the Golden Rule that you never, ever steal from mom-and-pop shops or individuals simply trying to eke out a living), it would be this: **Avoid shoplifting from Target**.

While loss prevention technology has certainly ramped up over the past decade, the truth is that the vast majority of one-off shoplifters don't get caught. The majority of shoplifters who eventually get apprehended are "the clunky ones who get just good enough to evade detection for a while until they get too greedy and too braggy," as Target manager Dan Holliday explains.

By nature, working as a loss prevention officer (LP) is one of the most dangerous retail-related jobs a person can have. Every customer apprehension poses the potential risk of the situation turning violent, which is why the vast majority of stores implement "No Touch" policies for their LPs, whereby LPs are not allowed to get physical with, and sometimes even not allowed to pursue, suspects. Moreover, even if an LP suspects a person of shoplifting, stopping a customer without solid proof can open the store up to a lawsuit (especially if the customer is innocent).

But unlike Walmart and Best Buy, whose loss prevention officers (LPs) barely get paid enough to care––let alone risk their safety––Target takes loss prevention very seriously. Target runs one of the country's **top-rated forensic laboratories**, which specializes in solving "organized retail crimes committed at Target stores through video and image analysis, latent fingerprint and computer forensics."




Retail Stores Sales, Newport, USA – 23 Nov 2018 John Minchillo/AP/REX/Shuttersto

Scarier, though, is the methodical way in which Target goes about building cases against repeat shoplifters. In a 2016 Reddit post, a user named StiggyPop recounted his experience of being a drug addict who made money by stealing and flipping Blu-Rays from Target. After four months, he was apprehended by a team of high-level LPs who knew everything about him, from where his apartment was located to the specific store he used as a fence (a middleman for stolen goods who acts as a "fence" between thieves and unknowing buyers).

As it turns out, alongside their forensic team and top-of-the-line, **in-store facial recognition technology**, Target is known for actually *letting* shoplifters get away with their bounty...up until they reach the monetary threshold for a felony shoplifting charge. This means that while a Walmart LP will stop a shoplifter regardless of whether they're stealing a $5 DVD or a $500-dollar TV, Target might allow a shoplifter to steal 100 $5 DVDs over time, all while building up a massive, fool-proof felony case against them. And here's the craziest part–– they organize these efforts across stores and even state lines. Essentially, if you steal at any Target, anywhere in the country, they're quite possibly building up a case against you.

So *if* by chance you have the urge to shoplift, keep yourself safe and avoid Target at all costs. There are **plenty of other big-box chains** out there that don't deserve your business.

best stores to shoplift from

PAYPATH Follow Us on

# Creating A Distraction-Free Zone At Work