# EXHIBIT E

BUSINESS INSIDER

Newsletters Log in Subscribe

US MARKETS OPEN
DOW JONES +0.13% NASDAQ -1.75% S&P 500 -0.74% META -2.19% TSLA -3.11% AAPL -0.92%

RETAIL

# Target employees claim the chain will wait to arrest shoplifters until thieves steal enough to get felony charges. Experts say it's part of a larger trend to mitigate theft across retail.

Shoshy Ciment and Mary Meisenzahl Dec 9, 2020, 1:05 PM CST

Share Save



Mark Makela/Getty Images

- A trending TikTok video is calling Target's approach to shoplifters into question.
- Seven former and current Target employees across the US said that it was common for the retailer to not immediately apprehend certain shoplifters and wait

Advertisement
INSIDER TODAY Newsletter
Get the biggest stories in business from Wall Street to Silicon Valley
SIGN UP TODAY
Delivered daily

**for the total value of the stolen items to reach a certain amount.**

- **Some said this policy helped Target monitor and catch its high-volume shoplifters on larger charges. A loss-prevention expert said retailers might not report every minor theft in order to maintain a good relationship with local police.**
- **"We don't have any policies in place to hold or bundle shoplifting charges until they reach a felony level," a Target spokesperson said in a statement.**
- **Visit Business Insider's homepage for more stories.**

Recommended video

INSIDER TODAY

Sign up to get the inside scoop on today's biggest stories in markets, tech, and business — delivered daily. Read preview



Enter your email

Sign up

By clicking "Sign Up", you accept our Terms of Service and Privacy Policy. You can opt-out at any time by visiting our Preferences page or by clicking "unsubscribe" at the bottom of the email.

Advertisement

Advertisement

A Las Vegas Target's approach to shoplifting has caused one former employee to speak out.

Isaiah Arellano, a former Target employee who worked at a North Dakota store in 2016 and transferred to a Las Vegas location in 2018, recently received attention on TikTok for his widely shared video on how he says Target addresses its shoplifters.

"They will continue letting you steal; all the while they're documenting the value amount of every single item that you are stealing," Arellano says in the video. "They will wait until it reaches or exceeds the amount

that makes it grand theft larceny, which is an actual felony."

The parameters that classify the degree of a theft charge vary across states. For example, in Nevada the stolen property must exceed $1,200 in value for the charge to go from a misdemeanor to a felony. In general, to be charged with grand theft or larceny, a person must be suspected of stealing more than what would constitute a charge of petty theft, a more minor theft charge with less-serious repercussions.

Advertisement

Advertisement

@prescum

##stitch with @jodessy ##target ##stealing ##targetstore

♬ target is always watching - isaiah

Arellano's video was a response to another TikTok video from the influencer Dessy Joseph. In her video, Joseph said Target had a policy of monitoring repeat shoplifters and waiting for them to accumulate a higher value of stolen merchandise before taking action against them. In Arellano's video, he said, "She is 100% telling the truth." His TikTok video has racked up more than 8 million views since it was posted on November 27. Arellano has over 28,000 followers.

Arellano told Business Insider he felt confident speaking out about this after working in two Target stores and seeing how they operated.

"If we saw somebody acting suspicious, it wasn't up to us to confront them," he said.

In a statement to Business Insider, a Target spokesperson said the company did not "bundle" charges until they reached a felony-level and would not provide details about the company's procedures for handling theft.

Advertisement

Advertisement

"We don't have any policies in place to hold or bundle shoplifting charges until they reach a felony level," a Target spokesperson said in a statement.

"At Target, we prioritize the safety and well-being of our guests, team members and the communities we serve," the statement added. "Like most retailers, we have security practices, training, and technology in place to address shoplifting in our stores."

**Related stories**

controversial move could solve a major headache.

But six other former and current Target employees Business Insider spoke with from across Minnesota, Michigan, Virginia, New York, and California, said the claims in the video were based on store policies.

## Target headquarters monitors crime

Target's "asset-protection team members," or the retailer's in-store security team, are responsible for monitoring and preventing theft in stores. According to a former employee who worked in asset protection in a Minnesota store until July, shoplifting is usually addressed right away in the store unless the situation is deemed too dangerous.

Advertisement

Advertisement

But this employee added that there were instances where Target might decline to apprehend a shoplifter because of a general strategy the retailer has when it comes to tracking theft.

"Headquarters tracks the people who are impacting the stores the most," this former Minnesota Target employee told Business Insider in an email interview. "Sometimes we are told to only collect information but do not apprehend. This is because a Target Investigator is working with law enforcement to press charges and get these people arrested for a long time."

The reason for this, this former employee said, is to put a stop to the high-volume shoplifters who are a serious threat to the store.

"The people that Target waits to build a case on are not your run of the mill shoplifter; these are professional thieves," the former Minnesota employee said, adding that he saw the same person sent to jail for minor thefts multiple times, only to see him continue to steal.

Advertisement

Advertisement

"Most of the people get cited and released," he said. "These high impact people do not care if they get arrested."

A current employee in a New York Target said the asset-protection employees often track Target's "career shoplifters" and "have a binder full of people" with evidence of theft.

These employees, like most who were interviewed for this story, were granted anonymity in order to speak frankly about the policies at Target.

## Maintaining a relationship with police

With criminals able to surreptitiously unload a high volume of stolen goods on online marketplaces, organized theft has lately become more common in a retail setting, said Jason Brewer, the executive vice president of communications for the Retail Industry Leaders Association.

Advertisement

"This trend has accelerated during COVID, and stores are often dealing with more brazen, and sometimes violent, attempts at stealing mass quantities of merchandise," Brewer said. "Loss-prevention tactics and strategies are designed to mitigate this alarming trend and protect employees and customers."

Advertisement

General practices in loss prevention suggest that documenting theft and waiting to apprehend may have something to do with maintaining a positive relationship with local police.

Building a relationship with local police is essential for big-box stores, John Hassard, a retail loss-prevention and security expert, said. While some police departments might be happy to prosecute every instance of theft across the spectrum, many police departments are often swamped with heavier crimes. According to Hassard, it is up to a retailer to determine which crimes are worthy of a call to the police to ensure that justice is able to be maintained in the most efficient way.

"It's not typical to call the police in retail when you've suffered a loss and you don't have a person," Hassard said, adding that a retailer might undergo a process of documenting and tracking multiple thefts from one person.

Advertisement