# EXHIBIT F


'Comes with breadsticks and a drink too': Olive Garden customer gets fettuccine...

'Walmart said I was lying': FedEx customer buys $1,000 MacBook from Walmart. Sh...

'Happened to me also! Worst experience ever but I got a cool 30k': Woman's tire flie...




Brenda Rocha – Blossom/Shutterstock (Licensed)


'Comes with breadsticks and a drink too': Olive Garden customer gets...

'Walmart said I was lying': FedEx customer buys $1,000 MacBook fro...

'Happened to me also! Worst experience ever but I got a cool 30k...

'I tried holding back my tears': Outback Steakhouse customer has...

# 'I worked for loss prevention at Target and this is very true': Shoplifter says Target banned her for a year after building months-long case against her

'Banned for a yr ain't even that bad.'

Parks Kugle Trending Posted on May 12, 2023

Shoplifting has become a major concern for big box stores across the country. Target alone has reported losses of $400 million from organized retail theft. While many big box stores are often lumped together, Target stands out for its loss prevention system.

A recent video by Alanis (@al2nis), viewed over 5.3 million times, describes her experience of being caught by Target's loss prevention team, and her subsequent yearlong banning.

The 7-second video shows her chewing her fingernail with a white text overlay that reads: "When I finally got caught at Target and was taken to their office and they showed me a month's worth case of me in one of the 10 binders they had."

Unlike Walmart, Target maintains one of the highest-rated loss prevention teams, specializing in solving retail crimes at its stores. Their methods include video and image analysis, fingerprinting, and computer forensics.

@al2nis

and now im banned for a year

♬ original sound – Lyrical Peace✌️☮️

Many commenters sympathized with her banishment and confessed their own shoplifting tendencies.

"Me and my friends doing bottle runs in Target," one user responded.

"Nah I borrowed from Sephora and 2 undercover cops followed me and starting talking about what I look liked into a phone and bro did that scare me," one user confided.

"Nah I got hired from the SAME Target I stole from so I feel like it's just bad luck tbh," another added.

"Banned for a yr ain't even that bad. I saw one where a girl robbed from Sephora and they banned her permanently from almost every store," another said.

"The way I applied to my local Target without fully realizing I've borrowed well over $300 from them," another user joked.

Other users chided her and pointed out that loss prevention teams are always watching customers.

"People don't believe me when I tell them every store has loss prevention, it's literally someone's job to build cases on you," a user explained.

"I worked for loss prevention at Target and this is very true," a commenter replied.

"I used to do loss prevention for Target and you're lucky you're minor so it's a year. Adults is a lifetime ban at that location," another said.

"Guys when you get caught it isn't that you 'finally got caught' you were caught every time they now just have enough to bring you in on charges," a user added.

As the Daily Dot reported in November:

> *In 2020, Insider documented similar claims from numerous Target employees around the country.*
>
> *"Headquarters tracks the people who are impacting the stores the most," a former Minnesota Target employee told authors Shoshy Ciment and Mary Meisenzahl. "Sometimes we are told to only collect information but do not apprehend. This is*

> *because a Target investigator is working with law enforcement to press charges and get these people arrested for a long time."*
>
> *For their part, Target denies these claims, telling Insider, "We don't have any policies in place to hold or bundle shoplifting charges until they reach a felony level."*
>
> *"At Target, we prioritize the safety and well-being of our guests, team members and the communities we serve," the spokesperson continued. "Like most retailers, we have security practices, training, and technology in place to address shoplifting in our stores."*

The Daily Dot reached out to Alanis via TikTok comments and Target via email for further comment.

Share this article

TAGS TARGET TIKTOK

First published: May 12, 2023, 9:41 pm CDT

Parks Kugle

Parks Kugle is a writer and reporter based in San Antonio. His work has appeared in Lumina Literary Journal, Wicked Local Newspapers, and various publications across the U.S. He enjoys comics and gardening.

Around The Web

This New Portable AC is Sweeping the USA

How to Get Started Investing in Gold and Silver Tax-free

How to End "Bone-On-Bone" Knee Troubles (Works Fast)