# EXHIBIT G

Quora Sign In

# How does Target know if you've shoplifted?

All related (62) Sort Recommended

**Dan Bradbury**
Manager at the Gap, Target, Walmart, Costco and Kohl's · Upvoted by Nelson Brown, former Flow Team Member at Target (2015-2018)Author has **23.1K** answers and **278.7M** answer views · 4y

Originally Answered: How does Target know if you shoplifted?

You specifically? Rarely. A one-off shoplifter will get away with it. Most people have a funky set of emotional drives when it comes to taking what isn't theirs. Psychologically, most people won't steal. There's a segment who will, but under a certain "justifiable" amount and it usually has to fit into these parameters:

- Must be small and inconsequential, convincing the mind that they aren't doing something that wrong.
- They have a momentary justification (usually because the organization is seen as having done something wrong).
- They cannot associate the item with a specific person. So, if a product is sold by a person, they will be less likely to steal even if they have a clear opportunity.

Those people? They probably aren't stealing a lot. They also will get away with it unless they fall into the category of people who will be socialized by the theft and then repeat it, growing over time. These become the habitual, career shop lifters. Those people fall into two categories:

- The clunky ones who get just good enough to evade detection for a while until they get too greedy and too braggy.
- The really smooth ones who see their vocation as an art, constrain their behaviors and know just precisely how to operate within the system.

The first person will eventually fail. The second person will probably never get caught.

How will Target detect them? It's getting better:

- Incredibly advanced behavior analysis and facial recognition software. This is a low-level investment that hasn't gotten to each store, but it's rolling out. A high theft store that I used to work at in Cleveland just had a massive upgrade to its equipment. Your picture is taken EVERY time you step on and off the property. That starts to build the database. As you wander through the store, the system tracks your face. Eventually, facial recognition will get so good that you're being watched every second you're in the store and the behavior recognition software will get to the point where you cannot steal.
- Within the next few years, all items will have sensors built into the product. You will trigger sensors. Some will be silent. The cashier and the electronic record of purchase will eventually be associated with you. Triggered alerts will be cumulative and if, over time, your behavior becomes suspicious to the system, you'll get the attention of the entire LP team.
- Today, LP uses a collection of PTZs (pan, tilt, zoom) cameras, electronic records, database sharing (with local organizations and the police) and good-ol'-fashioned plainclothes officers in the store.

225.6K views · View upvotes · View 3 shares

Upvote · 1.3K 34 3

## Comments

**Nathaniel Smith** · 4y
You missed a couple categories I had to deal with all the time:

- Professional liqour thieves. I had over $7000 of booze grabbed in one incident. Another guy stole nearly $100,000 of booze from repeatedly hitting several stores every couple months. It took two years, and a major effort coordinating across stores and companies to nab him.
- Related: desperate people who take a loan from the wrong sorts and are forced to repay it by stealing booze, usually Hennessey and Grey Goose.

Probably not as big a deal for Target as it was for me.

**Justin Pentecost** · 4y
When I lived in London there was a security guard in the booze section of the local supermarket. Not for the sort of organised theft that you are describing but what would happen is that the local alcoholics would go to the alcohol section and then neck a bottle of their (usually) Scotch of choice. Most of them were "Frequent Flyers" so they were banned anyway so they had to run into the supermarket get chased by staff and then neck the bottle as quickly as they could. The problem is what can you

Related questions

- If someone is caught stealing on the camera footage after leaving the store, do they still get arrested?
- Will Target track you down for shoplifting?
- Does Target always press charges for shoplifting?
- Is there a good chance I will be caught for stealing from Target month after the fact? I am 16. It was worth $25. I am worried the cameras caught me. Is there a good chance they will send the video to the police? Will the police come to my door?
- How does Target handle shoplifters, and what is its policy?
- Is it difficult to steal from Target by using the self checkout?



Advertisement

do with someone who does that? Obviously you call the police, the guy is drunk and gets put in a cell, then the magistrate ? Fines ? I mean what can you do? In the end the only thing to do is to stop them drinking the bottle of scotch in first place and that's what the security guard was for.

Another thing that WAS more organised was people would steel the contents of chillers full of meat. Four big blokes congregate round a single trolley .. fill it with meat then steam out of the store. Apparently they sold mostly to small restaurants.

I think once you get passed the "Stopping when the alarm goes off" stage it must get much easier ..

**Nathaniel Smith** So, our 'frequent flyers' got clever and started sneaking bottles into the toilets....

**Mario Stradale** · 4y
Some years ago, my wife was put on a medication (I forget for what, she has been sick for a long time with a variety of issues) and somehow one of the side effects was an impulse to steal.

She actually confessed it to me while in tears.

Fortunately, in her case she had worked retail for over 10 years, so she knew better, but the struggle alone was so powerful and uncomfortable that I had to go to the store, any store, in her place for over two months. It was actually a real pain in the ass and I even wondered if she was just being lazy and made something up.

More than once I asked her "Can't you just tell yourself not to take anything?" Apparently not.

When she told her doctor, and that wasn't easy either, he was not surprised, but took her off those meds and the shoplifting impulse went away just like that. Apparently it's not that unusual.

I have not experienced that myself, but I have seen how devastating it was for her. I wonder if anyone has done any research on the matter? Are stores aware of this (probably insignificant) subset of shoplifters?

To me it seems that unless you are dirt poor, or you do it as a profession, the risk/reward equation is not that good. Not in a Target or Walgreens anyway, and most of the expensive stuff is under lock and key these days.

**Bradley Patterson** · 4y
I have never heard of such a medication.

**Mario Stradale** Google to the rescue: PS86. Kleptomania – a side-effect induced by venlafaxine I...

**Ayush Giri** · 4y
Your first point on using facial recognition to track people, albeit could develop into something very effective but, is not very economical to implement nationwide to all the stores, considering the quality of the high definition cameras to be employed for facial recognition to work and their sheer number required to map all the details of a face and maintain line of sight. I know this because I recently interviewed for a position of Data Scientist at one of the world's biggest retail store chain(so, they would've had money to spare for something like this) and I had a discussion with the interviewer regarding implementing the same points mentioned above for better identification of the lifters at the store. He essentially told me that although being a good idea, it's not a very feasible one right now, owing to the reasons pointed out above.

**Dan Bradbury** · 4y
Right now, the stores in question simply take a lot of HD photos of everybody in the store. They reserve the few HD PTZs usually for 4–10 zones in the store. As the quality of cameras increase, the software now exists to associate the face with the purchases with the transaction and their system of behavior while in the store.

**Emily Bowman** · 4y
However big that chain was, they just balked at the price to invest in the technology that exists right now. It's not just *feasible*, it's *employed* in numerous public locations, like airports and subway stops. Throw enough big iron and big cloud at it and WalMart or Target could track every movement of everyone who ever stepped into their stores, too.

**Patrick O'Neill** · 4y
This is a great answer, man

**Bob Juch** · 4y
Target is so good they consult to Las Vegas casinos.

**Dan Bradbury** · 4y
The democratization of facial recognition. Your iPhone can do it!

**Paul Reynolds** · 4y
I know someone who first made a *terrible* decision about whom to marry, and later was talked by her husband into attempting to shoplift a big-screen TV.

They never got the chance to grow past the "clunky" level of theft.

**Rae Osman** · 4y
Isn't it illegal to take pictures of people without their consent?

**Isaac Null** · 2y
this right here is why i hope masks will never go away. fucking fascists surveillance state can get fucked. these shite corporations treat us like criminals, and the company themselves barely pay a living wage to most of their low level employees, while they make self-checkout a bigger line, so they don't have to pay employees to do it.

**Olivier Dastein** · May 31
This sentence : "The really smooth ones who see their vocation as an art, constrain their behaviors and know just precisely how to operate within the system," caught my attention.

My first live in gf had an aunt, a high income woman, who in my opinion wasn't too worried by moral issues in general, and who was stealing regularly, in part to save money, but also in part as a sport. She was stealing only expensive items, mostly clothes. I guess that her respectable and well-off look made her unlikely to be suspected. She also was very self confident. I can easily imagine her acting all offended and making an employee feel bad and guilty and maybe fearful for daring to suspect her of any wrongdoing, for instance.

I think that she stole all her life (at least she still was stealing stuff when she was around 70) and to my knowledge she has never been caught. Although well off when I met her, she had been raised in poverty, and told me that she was extremely envious of better off people when she was a kid and teen, and ashamed of being poor. I don't know if it's at that time that she began to steal, but it would make sense.

**Armand Gabriel Ilie** · 4y
Corporations in the US are allowed to take pictures of you and build a personal profile? I'd love to see someone try that shit in Europe.

**Dan Bradbury** · 4y
Meh. Not concerned with what Europe does. In the US, you have no presumption of privacy when you step onto private property. Nobody needs to go to Walmart.

**Mel W** · Apr 19
They're getting sued ;)

Target Illegally Collects Customers' Biometric Data, Class Action Lawsuit Alleges

**Kay Rhodes** · 4y
Big Brother but it's actually just Target's Anti-Theft Facial Recognition Software™

**Ashwin E. Morrill** · 4y
Last time I was in Target I almost accidentally stole a pair of socks I had tucked under my arm and forgot to put down at the checkout. Thankfully I realized and turned right around!

**Jason "The Don" Campbell** · 4y
For a fact Target has facial recognition..I kno a girl that had stolen items from a Walmart consistently..She was placed into Targets system..She was arrested after visiting Target and placed a "hit" on her.

**Peter Rigley** · 3y
Eh. All of the technology is useless when you don't have any people in the store to do anything. Target has high-end security, but for most stores, none of this is all that helpful.

Promoted by Gusto

gusto **Gusto**
#1 Payroll Software of 2024 · Apr 30

**How much does it cost to have an employee?**

That depends! There are many factors to consider. If you've decided your business needs additional support, selecting the appropriate pay rate for a new hire is only the first step in determining the funds you'll need available to grow your team. You'll have to figure out if you can actually afford the total cost of adding someone to your payroll.

You'll first need to consider the monthly baseline costs for hiring an employee which includes gross wages, payroll taxes, and payroll service expenses.

There are also additional costs to co[...] Continue Reading [...]surance, dental and vision coverage

Upvote · 417 · 5

**Related questions** More answers below

If someone is caught stealing on the camera footage after leaving the store, do they still get arrested?

Will Target track you down for shoplifting?

Does Target always press charges for shoplifting?

Is there a good chance I will be caught for stealing from Target month after the fact? I am 16. It was worth $25. I am worried the cameras caught me. Is there a good chance they will send the video to the police? Will the police come to my door?

How does Target handle shoplifters, and what is its policy?

**Jon Mixon**
Author has **38K** answers and **579.2M** answer views · 4y

Originally Answered: How does Target know if you shoplifted?

Question: **How does Target know if you shoplifted?**

How?

Let's see:

1. **They have an extensive CCTV system that covers the interior of all of their stores** - They can see almost everything on the interior of the building and they save it to a hard drive so that it can be reviewed later, printed out for the police and even emailed to other stores or to their corporate headquarters.
2. **They place RFID tags inside of or on high theft merchandise** - This is for people who get "cute", open the package and attempt to steal the contents. There are readers at the doors and they'll go off if

Continue Reading

Upvote · 160 · 14

**Gregory Irish**
Landlord/Owner at Self-Employment (2017–present) · Author has **484** answers and **2.2**... · Updated 5y

Originally Answered: How does Target know if you shoplifted?

They may or may not know if you shoplifted. Most retail loss is unaccounted for. Only a small percentage is known.

There are inventories done regularly to see what the problem areas are in a store. The stores also have CCTV which can be monitored live or be played back to observe why an item may be missing. Target employees asset protection employees in the store to monitor theft activity. And, I kid you not Target has an actual crime lab that's so good government agencies come to them for help, as far as I know they a

Continue Reading

t uses DNA and fingerprints to

Upvote · 34

**Keith Bless**
Former Toxicology Lab Manager (2007–2012) · Author has **591** answers and **1.4M** answer views · 4y

Target doesn't care , I work at a place that gets alot of Targets salvage and noticed things that when people return stuff they are stealing by return different items in the packaging. I tried to explain to loss prevention what people were doing to give them a heads up to what to look for. And they didn't care, not interested at all. It would totally save them lots of money , but they don't care.

Upvote · 11 · 2

Promoted by The Penny Hoarder

**Lisa Dawson**
Founder at The Penny Hoarder · Updated Jul 18

**What is a rich person's money tip you wish you knew sooner?**

Here's the thing: *A lot* of people have already put these money secrets to good use. They've found hundreds of dollars in savings, secured their family's financials and padded their bank accounts.

Putting all these secrets to use is actually easier than you might think. We're betting you can knock out at least three or four of these things right now — yes, even from your phone.

Go ahead and get in on these money secrets

**1. Stop Paying Your Credit Card Company**

If you have credit card debt, *you know*. The anxiety, the interest rates, the fear you're never going to escape...

Continue Reading

Upvote · 16.9K · 967 · 476

**Related questions**

More answers below

Is it difficult to steal from Target by using the self checkout?

Is Target security allowed to stop you, or detain you before exiting the store if they believe you shoplifted?

I was arrested and spent six months in jail for a shoplifting charge at Target, then the state decided it wasn't me in the video and dropped charges. Can I sue?

Can a warrant be issued & a person be arrested 4 weeks after she was allegedly caught on video shoplifting? No one approached her at the store the day she was allegedly seen on camera shoplifting.

I was just banned from Target for shoplifting, but they did not have any evidence. They didn't get my name or photo, and I didn't sign anything. How will this ban be enforced and what would happen if I came back?

**Garrick Saito**
worked for 20 years in the apparel retail industry · Upvoted by Diego Preciado, General... · Updated 4y

Originally Answered: How does Target know if you shoplifted?

Well, the next time that you're at Target, take a look up at the ceiling. See those dark, hemispherical shaped objects?



Continue Reading

Upvote · 6.2K 126 15

**Sam Burnett**
3y

Related **Is there a good chance I will be caught for stealing from Target month after the fact? I am 16. It was worth $25. I am worried the cameras caught me. Is there a good chance they will send the video to the police? Will the police come to my door?**

honestly target is pretty tight on loss prevention, more than most stores. but they typically dont bother unless you steal more than once. if you steal multiple times in the same store, they can up the charges. so they generally dont do anything until then.

my advice is to not worry and to steer clear of shoplifting at targets.

(you didnt hear this from me — but if you are ever in need of essentials, walgreens are too understaffed to care)

Upvote · 54 2

Sponsored by Online Shopping Tools

**Amazon Hates When Prime Members Do This, But They Can't Stop You.**

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

Learn More

1.8K

**Joe Anthro**
Lived in Utah · Author has **694** answers and **1.2M** answer views · 4y

I use to work at Target so I know they have an extensive security system. Probably any kind of big box retailer has one. Smaller up and coming stores wouldn't be so extensive or maybe not as good since it may be too much money. You never really think about it but just go in the store and tilt your head up. All those black circle thingies on the high ceiling are security cameras and yes, they are there to catch shoplifters because there are a lot of them out there no matter where you live.

There are also smaller black circles in Continue Reading s. Not really sure why just those

Upvote · 6 1

**Keene Li**
Target Red Card (Debit and Credit) holder · Author has **1.9K** answers and **3M** answer vie... · Updated 3y

Target has security cameras at **every** corner, aisle, and hidden spots, including checkout areas. They also have employees walking around the store 're-shelfing', and at some cases, even undercover shoppers watching you without you even knowing. At self-checkout, you will find LP (ones in black target shirts) standing by the cashier who monitors self-checkout area seeing everything that is going on with self checkout registers. Even with the smallest suspicion, they can stop and question you before yo Continue Reading Most people are tempted to steal

Upvote · 6

Promoted by Masterworks

**Lila Fisher**
Art Education | @Masterworks · 1y

**Did Harry inherit more than William?**

Yes and no. When the Queen mother died back in 2002 she left more money to Harry, knowing that William would eventually become Prince and inherit the Duchy of Cornwall, a private estate valued at over $1 billion.

Which is exactly what happened when Queen Elizabeth passed away in 2022. So overall, Willian inherited quite a bit more than Harry.

But this $1 billion estate is nothing compared to the $10 billion that King Charles received tax free, thanks to a clever investment by the Queen into one of the world's most exclusive asset classes ... fine art.

Continue Reading

Upvote · 13.1K · 1.6K · 482

**Kurt Lapogée**
Mc.d in Electrical and Computer Engineering & Speech and Debate, Brieali School of Science (Gr... · 4y

Originally Answered: How does Target know if you shoplifted?

You may not know it but most corporate stores have a lost prevention plan in place. Most of it involves surveillance with cameras, either hidden or in plain sight. The sales staff and management are trained to watch for mannerisms of those who shoplift.

Then even the employees are monitored to make sure they are not aiding shoplifters by either action (on purpose or in collusion with shoplifters) or inaction ( carefree or lethargic towards that responsibility of their job).

Stores are more heavily monitored b Continue Reading or security staff that are watching

Upvote · 12 · 2

**Tim Gordon**
Author has **9.3K** answers and **13.5M** answer views · 4y

**How does Target know if you've shoplifted?**

About like any other similar retailer would!

Quite often, they don't.

External theft is just a part of the retail business. It's going to happen, it can't be stopped, and a reasonable amount of 'shrinkage' is planned for.

However, as a retailer, it only makes sense to keep the inevitable loss to theft at an absolute minimum. To do this, a retailer spends what seems to be a *reasonable* amount to put measures in place to address the issue.

You need to have some kind of loss p Continue Reading place or you'll have too much

Upvote · 11

**Derrick Miller**
Studied at Embry-Riddle FL/AZ · Author has **9.8K** answers and **5.2M** answer views · 4y

Thieves tend to look straight up at a camera or down aisles when they hide the merchandise. Imagine a magician palming a coin while staring at that hand.

Upvote · 3

**BrownieTheNavyVet**
CNA at Home Health Care · Author has **4.8K** answers and **8.7M** answer views · 4y

Originally Answered: How does Target know if you shoplifted?

My ex husband, a psycho, worked at Target in their loss prevention department.

They just dress and act like regular shoppers.

They have to watch you hide something, being in possession of it the entire time and leave the store without paying for it. This can be done with both cameras and their ...

Upvote · 9

**Leon Bayer**
Practicing law since 1979 · Author has **3.6K** answers and **3.1M** answer views · 3y

Related **Is there a good chance I will be caught for stealing from Target month after the fact? I am 16. It was worth $25. I am worried the cameras caught me. Is there a good chance they will send the video to the police? Will the police come to my door?**

I am fairly certain that you were caught on a camera. But that does not mean that anyone has looked at the video, and at this point even if security did see it, I'm pretty sure they have not identified you, so you can stop worrying.

This sounds like a youthful indiscretion, and it seems like you have a normally healthy conscience because you are worried about consequences. That is a good thing. Career criminals and sociopaths generally do not worry about consequences, so I think you will turn out to be a

fine, trustworthy and upstanding citizen.

Upvote · 103 7 1

**William Wallace**
Senior Electronic Design Engineer for Lockheed Aerospace · Author has **8.7K** answers and **87.2M**... · 1y

Related **How would a store know if I stole something from them, assuming I already left the store?**

For each security camera you see in a store, there are between five and ten hidden cameras you cannot see. If you steal ANYTHING that connects to the Internet you will get caught. Every device that connects to the Internet has a unique serial number. This serial number is the only number on the world. It prevents two devices from being on the internet at the same time. Example: the iPhone each and ever one has this unique to the world serial number. If you stole an iPhone in the USA and took it to C Continue Reading any could show up at your door in

Upvote · 47 4 1

**Brenda Walker**
Attorney (2014–present) · Author has **1K** answers and **1.3M** answer views · Updated 4y

Originally Answered: How does Target know if you shoplifted?

They don't. Target falsely accused me several years ago, based off my ex-spouse's car license plate. We had been divorced for several years at that time but he had never removed me from his registration. Long story short, he hired a lawyer who subpoenaed the store video and was able to PROVE no shoplifting occurred. Unfortunately in my state, once accused it stays on your record! So now I, a completely innocent person, have a negative mark on my record (false shoplifting charge). I often wonder w Continue Reading neone was stealing, why wouldn't

Upvote · 12 1

**Nick B**
Criminal Defense Attorney & Former DA (2014–present) · Author has **1.4K** answers and **883.3K** a... · 3y

One of my first cases as an ADA was a shoplifting case from Target. I had to go there to recover the surveillance dvd. I was taken into the room where they watch the monitors. They have two people watching the monitors at all times. Their technology is so good they can click on a person ans the cameras will follow that person around the entire store jumping from camera to camera. If you seem suspicious they will follow you around the store with an eye and many camera recordings of you. They will likely press charges and give the surveillance dvd to the ADA to prosecute you with.

Upvote · 5

**TargetedWarrior777**
Exposing organized group stalking and harassment. · 2y

Related **How do you know if you are a targeted individual?**

Welcome to the New World Order. You will be followed and harassed by a group of individuals. Your electronics will be hacked. You will see an increase of mentally unstable and hostile individuals crossing paths with you. It will feel like someone is constantly interfering in your life. Increased presence of police (compliant bootlickers).

Do not hurt yourself. If someone attempts to physically harm you, legally you have the right to use reasonable force to stop your att Continue Reading n't harm others. If the targeting

Upvote · 131 49 2

**Raymond Snyder**
Former Retired · Author has **5.5K** answers and **11.3M** answer views · 2y

Secret hidden cameras plus big ticket items have chips that tells Target items are moving out the door unpaid for.

Upvote · 1

**Jan Lyons**
Former Retired Auto Worker (1984–2007) · Author has **167** answers and **58.8K** answer views · 4y

Sometimes it's because the security man looking at the screens from the cameras —see you pick it up— sometimes it's because the Employees see you try on clothes and you don't take it off and you leave the tag sticking out—sometimes other shoppers report you But a lot of the time it's a person that they pay to walk around with a cart half full acting like a shopper watching for people stealing

Upvote

**Bonnie Ainsworth**
Registered Nurse 34 Yrs Experience at Travel Nursing Agencies (2014–present) · Author has **1.6K** ... · 4y

Originally Answered: How does Target know if you shoplifted?