# EXHIBIT J

TEAM

# An Unexpected Career: Target's Forensic Services Laboratory



Feb 15, 2012| 2-minute read

Copy link to share

*This story was updated March 29, 2022 to reflect the current team's background and expertise.*

On shows like "CSI," "Law and Order SVU" and "Bones," you get a glamourized sneak peek into the world of forensic science and the technical side of the criminal justice system. Although the investigative jobs and officers are amplified with a shiny Hollywood twist, the core of forensic science remains the same in the real world: using science to solve crimes.

So how does one become a crime-stopping scientist? The paths to a career in criminal justice are winding and vast, but one place you might not think to look is a retail giant like Target.

Unbeknownst to most, Target has a top-rated forensic services laboratory that provides forensic examinations, and assists outside law enforcement with help on special cases. Target's lab is among 390 crime labs accredited by the American Society of Crime Laboratory Directors/Laboratory Accreditation Board (ASCLD/LAB), which underscores Target's commitment to quality forensic work.

Team members who work at the lab come from a variety of backgrounds, including forensics, criminal justice and the FBI. And lab director **Rick Lautenbach** is a Target "lifer," having worked in assets protection and other leadership roles at Target for more than 16 years.

"Most people don't know what we do," says Rick. "We're a small team with a specialized skill set. People usually find out by word-of-mouth about all the cool things we're able to do.

By "cool things," Rick refers to processing, examining and cataloguing evidence on countless cases, fingerprinting that evidence and then handing it off to case investigators.  Most importantly, their work helps keep Target guests, team members, families and communities safe.





Based in Las Vegas and Minneapolis, the forensic team helps solve organized retail crimes committed at Target stores through video and image analysis, latent fingerprint and computer forensics. The team also tackles felony, homicide and special circumstances cases for law bureaus that need the extra manpower, facilities, resources and time – free of charge.

"We're lucky we get a chance to give back to communities in a meaningful way by helping officers," says Rick. "At Target, you always do more than just your day job."

*Interested in Target's forensic services lab? Find out more at* ***Target.com/careers***.



### Team Target

It's the people that count. We value the 400,000+ individuals who come together as a team to serve our guests.

**Learn more about our team members ›**

**Tags** Careers Team Members

**Category** Team

How useful did you find this content? ☆ ☆ ☆ ☆ ☆

Let us know how we're doing.

## Don't miss out!

Get the top stories from Target Corporate delivered straight to your inbox.

**Subscribe to our newsletter ›**

# Discover more



TEAM

Meet Three Target Interns Who Are Spending Their Summer Building Skills, Making Connections and Bringing Joy

Jul 25, 2024



TEAM

Behind the Seams: Jeneé Naylor's Journey from Target Team Member to Future Collective Partner

May 20, 2024




TEAM

A Milestone of Giving: Target Celebrates Over 1 Million Volunteer Hours in 2023

Feb 21, 2024

About

News & Features

Careers

Sustainability & Governance

Investors

Press

Target.com

Find a Store

Contact Us

Sign up to receive email alerts

Sign up

target

Expect More. Pay Less.

Social media directory

Privacy | Interest Based Ads | Terms & Conditions | CA Privacy Rights | Health Privacy Policy | Team member services

Your Privacy Choices

©2024 Target Brands, Inc. Target, the Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.