# EXHIBIT K






# CAM YOU NOT? 'Can Target be next?' ask shoppers after Rite Aid blasted over anti-theft measure that 'hit innocent customers'

Will the FTC be after Target's facial recognition cameras soon?

Ashley Palya

Published: 19:32 ET, Dec 21 2023 | Updated: 0:23 ET, Dec 22 2023

**SHOPPERS are concerned about the real reason behind Target's facial recognition tools after the Federal Trade Commission banned Rite Aid from using the tech to target innocent customers.**

The FTC banned Rite Aid from facial recognition tools using artificial intelligence to identify people who may engage in shoplifting but haven't actually stolen anything.





Target uses hefty security practices to combat theft at its stores Credit: Reddit




Rite Aid 'recklessly' used its facial recognition tech and now is faced with a five-year ban from using it Credit: Getty




Shoppers are calling for Target to receive the same ban due to its top-of-the-line facial recognition cameras Credit: Getty

Rite Aid would kick people out of hundreds of stores or not allow them to come inside after being deemed unfit by AI.

The problem was that AI falsely identified many shoppers, preventing even those who had not stolen from shopping at the store.

Now shoppers are calling for Target to be banned next as it is known to have complex facial recognition tech in most of its stores.

RECOMMENDED FOR YOU

On Tuesday, Lina Khan Chair of the FTC posted on X, formerly known as Twitter, that Rite Aid has been banned from using facial recognition tools after reckless use.

The move came in a settlement reached between the FTC and Rite Aid.

"Today @FTC took action against Rite Aid for recklessly using facial recognition tools, leading to innocent people being wrongly accused of shoplifting," Khan said in the post.

"Our order prohibits the firm from using facial surveillance tools for 5 years, among other protections."

An X user replied to the post and said: "Can Target be next?"


## MOST READ IN THE US SUN



**'SHE LOVES ME'** **Trump says Melania 'can't talk about' rally shooting after watching it live**



**MEDAL MYSTERY** **Team USA fails to win a single gold medal on day three at Paris Olympics**



**UPROOTED** **Teen Mom Jenelle Evans' son Jace, 14, 'angry' over move to Las Vegas**



**DON GIVES FED TALK** **Trump agrees to FBI interview as texts reveal when agents spotted gunman**


Target uses hefty security practices to combat theft at its stores.

There are four security measures that Target uses specifically.

The first includes sophisticated CCTV systems which is a network of cameras that help staff monitor people's actions in stores.

Target uses the footage in real-time and also records certain activity to send to other stores or police to keep documents of suspected stealers.

It does this to build up a "repeat shoplifter" case against people.

Target also uses facial recognition software which is "top-of-the-line" as it has image analytics.

The other two security measures are sensors and RFID tags along with loss prevention officers.

The U.S. Sun has reached out to Target to get more details on what the policy is behind its facial recognition tools.


## MORE FOR YOU

Topics | Crime | Target

## NEW STORIES ON THE SUN




Costco shopper cancels membership after ID check accuses him of bei...

## YOU MIGHT LIKE

## MORE FROM THE SUN



'SHE LOVES ME' Trump says Melania 'can't talk about' rally shooting after watching it live



MEDAL MYSTERY Team USA fails to win a single gold medal on day three at Paris Olympics



UPROOTED Teen Mom Jenelle Evans' son Jace, 14, 'angry' over move to Las Vegas



DON GIVES FED TALK Trump agrees to FBI interview as texts reveal when agents spotted gunman