# EXHIBIT L







Lifestyle

# NO ESCAPE Target uses 4 security hacks to make sure they catch every thief – how the retailer knows you're stealing

**If you click on a link in this story we may earn affiliate revenue*

Elsa Buchanan

Published: 7:25 ET, Jul 28 2022 | Updated: 4:11 ET, Jul 29 2022

**KNOWN for its tagline "Expect More, Pay Less", Target takes its safety seriously and uses security hacks to catch people stealing from its stores, and help stop crime.**

Getting caught has dark consequences, from shop bans and hefty fines to jailtime, so here are the four security hacks Target uses to know if you're stealing.





Never Going Back to Prime'—Why 20,000 Users Prefer This Shopping Secret

6 hrs ago | Economy






Retail giant Target takes shoplifting seriously and uses security hacks to catch every thief Credit: Getty




Target uses anything from CCTV and facial recognition technology to 'forensics labs' Credit: Getty

## Sophisticated CCTV systems

Sophisticated CCTV camera networks help staff monitor any activity inside their big-box stores.

It's not because the stores are vast that eyes are not always on customers.

While this footage is used in real time, it is also saved as evidence - shared with other locations, headquarters or even police via email.

Whether you have been recorded in one shop a month ago, or have crossed states lines to commit your next theft, the teams might already be building up a "repeat shoplifter" case against you.

READ MORE IN LIFESTYLE NEWS



TAKE STOCK I'm a proud bulk-buyer - sale items you should always snap up to save hundreds

## Facial recognition software

Target's cameras use top-of-the-line, in-store facial recognition technology paired with image analytics which allow staff to keep a close eye on suspicious customers.

The images are also recorded outside the store and in its parking lots.



Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack

10 hrs ago | Economy

0:00

RECOMMENDED FOR YOU



STEP ASIDE I quit my 9-5 at 27 when my side hustle started earning me $500,000 a month



FINE FIX New Aug 28 driving law with $150 fine for first-time offense - check for feature

Despite privacy concerns, facial recognition technologies empowers personnel to better prevent shoplifting, organized retail crime and in-store violence.

## Sensors and RFID tags

Target takes loss prevention seriously, and one way to monitor shoplifting, and inventory levels, is to attach RFID (Radio Frequency Identification) tags, also known as sensor tags, on their products.

Tags are not necessarily attached to every single product in store - they are instead usually affixed to those previously targeted for shoplifting.

An alarm is triggered if someone attempts to remove the product out of its package, or walks out of the store without paying.


## MOST READ IN LIFESTYLE



**YOU HOT? I love gardening nude in 32C UK even if passers-by say cover up & bugs bite boobs**



**NAP ATTACK I evicted my hubby from our bedroom over snoring - our sex life's way better now**




**MYSTIC MEG A career closely linked to healing could suit you, do take this seriously**



**OH BABY I've been pregnant for 17 months - people are baffled by how it's possible**


## Loss prevention officers

Away from the pure technology, Target employs Loss Prevention officers, whose role it is to just focus on spotting anything suspicious.

As part of their responsibility, they need to find out as much as they possibly can about the person or a group of people they suspect of being up to no good.

This could include previous instances, behaviour patterns and suspected accomplices.

A former employee at Target also revealed security guards go undercover by wearing plain clothes to follow around anyone they might suspect.

It is essential these officers present solid proof when stopping a customer, as this could end up in a lawsuit.


## READ MORE ON THE US SUN







SPLIT IT UP Drivers will get $100 fine from August 7 if they break new law over lanes




CARD CHECK Costco shopper forced to leave $200 cart after employee 'ripped' it away




## MORE FOR YOU



BOTTOMS UP Bianca Censori goes pantless at movies with North but keeps distance from Kanye



YOU'VE GOT MAIL I make $500 a day with my mailbox side hustle - you only need $60 to start



OOH LA LA Shock moment Olympics star suffers Inbetweeners-style X-rated wardrobe...



BIKINI BABE Katy Perry stuns in animal-

**IN A TAIL-FIN** How Shark Week, Jaws and SOUP almost made the great white... extinct

**NO JOY** The View's Joy YELLS at crew member to 'hurry up' during off-air Q&A with... audience



print thong bikini after comeback single flops

Many shoppers who frequent the stores are likely unaware of the company's secrets - including the fact it lets shoplifters steal until a certain total amount is reached to make it grand theft larceny (a felony), and has one of country's top-rated forensic laboratories.

It describes its labs as specialising in solving "organized retail crimes committed at Target stores through video and image analysis, latent fingerprint and computer forensics".




**Target is known to let shoplifters steal until they reach a total amount that makes it a felony** Credit: Getty



## Sign up to our lifestyle newsletter

Jaw-dropping real life stories, home hacks, parenting tips and so much more

Email address

Sign up

Your info will be used in accordance with our Privacy Policy.

Topics: Crime | ECommerce | Target

## NEW STORIES ON THE SUN





**This Cane Will Keep You Stable and Safe While Walking.**

## MORE FROM THE SUN




**YOU HOT?** I love gardening nude in 32C UK even if passers-by say cover up & bugs bite boobs



**NAP ATTACK** I evicted my hubby from our bedroom over snoring - our sex life's way better now

