# EXHIBIT M

Advertisement




@reddnea/TikTok Unwind/ShutterStock Monstor Studio/ShutterStock (Licensed)

# 'Target literally runs one of the top-rated forensic labs': Former Target worker reveals how store 'lets' you steal until they can charge you with grand larceny

'Target is the only store I ever panicked over a few items I forgot to scan.'

Tangie Mitchell Trending Posted on Feb 3, 2024 Updated on Feb 14, 2024, 12:38 pm CST

A former Target employee is revealing how the company lets people steal enough merchandise to be charged with grand theft larceny.




Featured Video

In a viral TikTok with almost 7 million views as of Saturday, content creator Kaitlynd (@reddnea) explains Target's alleged systems for identifying, tracking, and eventually arresting people who repeatedly steal from their stores.

"If you've 'borrowed' from Target and you think you got away with it, no you didn't. You just opened a case on yourself," Kaitlynd begins.

Kaitlynd details some of the tools Target uses, including hiring retired law enforcement, using facial recognition, having an asset protection team, and hiring secret shoppers.

"Their cameras are not fake," she says. "They have their asset protection, those people that walk around with the security shirts, and they also have secret shoppers. So they look like customers, but they're watching you."

'Comes with breadsticks and a drink too': Olive Garden customer gets...
'Walmart said I was lying': FedEx customer buys $1,000 MacBook fro...
'Happened to me also! Worst experience ever but I got a cool 30k...
'I tried holding back my tears': Outback Steakhouse customer has...

She continues, "They use facial recognition software, so they'll get scans of your face and they'll take different pictures and angles from different cameras in the store and kind of merge and blend them together to get a clear image of who you are."

Once the store knows who you are, according to Kailtlynd, they'll simply let you continue to steal merchandise until you've stolen enough to be charged with a felony.

"Then, they're going to continue to let you 'borrow' things until you reach a certain dollar amount. I think it's different in different states, but like $900 for example," she continues. "They'll let you take up to $900 worth of merchandise just so they can have you arrested for grand theft larceny. If you're at $895, as soon as you walk out that door with $5 worth of merchandise, cops will be waiting for you."

Advertisement

According to Cornell Law, grand larceny is the "larceny of property worth more than the given state's statutory requirement." As Kaitlynd mentioned, the statutory requirement differs per state, with New York's being $1,000 and California's being $950, for example.

Kaitlynd also shares that she witnessed Target's policy in action.

"I worked at Target, I witnessed this happening. I worked in Style. There was always this lady who came in, went into the fitting rooms. And we would talk over the walkies and we would let everyone know she was there. Cops came. I'm not kidding," she shares.

"Target literally runs one of the top-rated forensic labs," she says. "They have the FBI working for them. They have retired law enforcement."

As the video ends, Kailynd sends one final warning: "They will have you arrested on the spot when you reach that threshold. Grand theft larceny, you will go to jail."

@reddnea

Advertisement

don't test them LOL 🎯 🚔 #target #youshouldknow #fyi #police #retail #forensics #fbi #fyp ✨ #viral

♬ original sound – Speedy sounds

Advertisement

In the comments section, users responded with their own experiences of Target's thorough asset protection processes.

"My brother is currently in jail on a grand larceny charge from Target she ain't lying lol," one user wrote.

"I discovered their asset protection was real when they used to follow me around while I was couponing. They have no chill," another viewer shared.

"As a former Target employee I can confirm this is true. They won't jump over and tackle you but they will build a case over time," came a third response.

Others saw the $900 example Kaitlynd gave as a free "borrowing" limit.

"So what you are saying is I got up to a certain amount," one viewer wrote.

The Daily Dot has previously reported on how huge retail stores like Walmart and Target use high-resolution cameras and microphones to keep tabs on those who repeatedly steal and arrest offenders on the spot once they've reached the state's statutory limit.

Advertisement

The Daily Dot has reached out to Kaitlynd via Instagram message and Target via email for more information.

web_crawlr

We crawl the web so you don't have to.

Sign up for the Daily Dot newsletter to get the best and worst of the internet in your inbox every day.

Sign up now for free

Show me a sample newsletter first

Share this article

TAGS SHOPLIFTING TARGET THEFT TIKTOK

First published: Feb 3, 2024, 12:00 pm CST

Tangie Mitchell
Tangie Mitchell is a creative writer, journalist, and editor based in New York. Her interests include pop culture and entertainment, poetry, and morning cups of herbal tea.

If we aren't fighting online hate, then who are the real trolls?

It's time to save online conversation.

Learn more

OpenWeb

AdChoices Sponsored

Around The Web







Bone on Bone? This "Bionic" Knee Sleeve is Leaving Surgeons Speechless
Compressa

Neuropathic Pain? New Device 'Dissolves' the Root Cause - Watch
Neuropathy Guide

Why Are People Who Sit for a Long Time Rushing to Buy This Cushion?
Outfany





