## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Denise Arnold, et al.

                    Plaintiff,

v.

Target Corporation

                    Defendant.

Case No.: 1:24–cv–04452
Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Telephonic status hearing held 10/29/2025. The parties advised the Court that a stipulation to dismiss is likely to be filed within 30–45 days. A further telephonic status is set for 11/25/2025 at 10:00 a.m. The call in information is 855–244–8681, and the participant access code is 2315 0911 461#. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.