IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENISE ARNOLD, BLAIRE BROWN, SANDRE WILSON, and LINDSAY SCHUMM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 24-cv-04452<br><br>Hon. Jeremy C. Daniel<br><br>Mag. Judge Keri L. Holleb Hotaling |

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, on or about May 30, 2024, Plaintiffs Denise Arnold, Blaire Brown, and Sandre Wilson, filed the Complaint in this action (the "Complaint") alleging that Target Corporation ("Target") uses facial recognition technology to surveil its Illinois retail customers;

WHEREAS, on or about August 21, 2024, Plaintiffs Denise Arnold, Blaire Brown, Sandre Wilson, and Lindsay Schumm ("Plaintiffs") filed the First Amended Complaint in this action ("Amended Complaint") alleging that a Target employee's visit to Plaintiff Schumm's LinkedIn profile further supported Plaintiffs' allegations that Target uses facial recognition technology to surveil its Illinois retail customers;

WHEREAS, on or about December 13, 2024, Target filed its answer denying the allegations in the Complaint and Amended Complaint in all material respects;

WHEREAS, no class has been certified and no motion for class certification has been filed;

WHEREAS, discovery has demonstrated to Plaintiffs' satisfaction that Target does not use facial recognition technology to surveil its Illinois customers;

WHEREAS, discovery has also demonstrated to Plaintiffs' satisfaction that the visit to plaintiff Schumm's LinkedIn profile by a Target employee was in no way related to the use of facial recognition technology;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Target (together with Plaintiffs, the "Parties"), through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is and shall be dismissed with prejudice, and any and all claims and counterclaims which were or could have been asserted in this action are hereby dismissed with prejudice.

The Parties shall bear their own costs and fees (including any and all attorneys' and expert fees) and shall not seek to recover any such costs and fees from each other in this or any other forum (*e.g.*, Target shall not renew its motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure or 28 U.S.C. § 1927).

Dated: November 12, 2025

                                                **KAHN SWICK & FOTI, LLC**

                                                */s/      J. Ryan Lopatka*
J. Ryan Lopatka (Bar Number 6303849)
161 N. Clark St., Suite 1700
Chicago, IL 60601
Telephone: (312) 759-9700
Facsimile: (504) 455-1498
Email: j.lopatka@ksfcounsel.com

Kim E. Miller
250 Park Avenue, 7th Floor
New York, NY 10177and
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

        Lewis S. Kahn
Melissa H. Harris (Bar Number 33573)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: melissa.harris@ksfcounsel.com

*Counsel for Plaintiffs and the Putative Class*


**FAEGRE DRINKER BIDDLE & REATH LLP**

 /s/     *Justin O. Kay (by consent)*
Justin O. Kay (ARDC No. 6286557)
Alicia R. Olszeski (ARDC No. 6315675)
Ruben I. Gonzalez (ARDC No. 6320689)
Ambria D. Mahomes (ARDC No. 6334463)
Stacy Massey (ARDC No. 6342223)
320 South Canal Street, Suite 3300
Chicago, Illinois 60606-5707
Telephone: +1 312.569.1000
Facsimile: +1 312.569.3000
Email: justin.kay@faegredrinker.com
Email: ali.olszeski@faegredrinker.com
Email: ambria.mahomes@faegredrinker.com
Email: stacy.massey@faegredrinker.com

*Counsel for Defendant Target Corporation*